IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-01521-PSF-PAC

LEONARD STEPHENS,
EDWARD BUHLMAN,
JIM NOFFSINGER,
GARY MCDONALD, and
BRUCE TALLMADGE, individually and on behalf of all others similarly situated,

      Plaintiff(s),

v.

WEBACCESS INTERNATIONAL, INC., a Delaware corporation authorized to transact business in the State of Colorado, its officers and directors individually,
BLAIN WHITAKER,
J. ROGER MOODY,
L. SHAWN BRESKOW,
JAMES W. STUCKERT,
ARCHIBALD J. MCGILL,
WILEY E. PRENTICE, JR.,
STEVEN A. SPESARD,
STEVEN A. LYGA,
CAROL L. LEVEQUE,
DANIEL W. BOYD, and
JAMES ROGERS, and
all others who may be additionally named as defendants individually, jointly and severally,

      Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
September 2, 2005

      To clarify an ambiguity in the Clerk's record, IT IS HEREBY **ORDERED** that plaintiff's Motion to Stay Discovery [filed May 27, 2005][docket # 79] is **denied** as moot. *See* June 2, 2005 Minutes.