IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Case No. 03-cv-1521-PSF-PAC

LEONARD STEPHENS,
EDWARD BUHLMAN,
JIM NOFFSINGER,
GARY MCDONALD, and
BRUCE TALLMADGE, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

WEBACCESS INTERNATIONAL, INC., a Delaware corporation authorized to transact business in the State of Colorado, it's officers and directors individually,
BLAIN WHITAKER,
J. ROGER MOODY,
L. SHAWN BRESKOW,
JAMES W. STUCKERT,
ARCHIBALD J. MCGILL,
WILEY E. PRENTICE, JR.,
STEVEN A. SPESARD,
STEVEN A. LYGA,
CAROL L. LEVEQUE,
DANIEL W. BOYD, and
JAMES ROGERS, and
All other who may be named as defendants individually, jointly and severally,

    Defendants.

## ORDER SETTING HEARING ON PENDING MOTIONS

THIS MATTER is before the Court on Defendants' Motion To Set Agenda For Pretrial Conference (Dkt. # 120). The motion requests the Court to convert the pretrial conference scheduled for October 17, 2005 to a hearing on certain pending motions. The pretrial conference set for October 17, 2005 is in fact set before the Magistrate

Judge and not before this Court. Nonetheless, the Court agrees that a hearing on pending motions should be scheduled.

Accordingly, defendants' motion is GRANTED in part, and a hearing on the following pending motions is set for **October 19, 2005 at 3:00 p.m.**:

   a. Plaintiffs' Motion for Class Certification (Dkt. # 60);

   b. Proposed Intervenor Dane Kirkpatrick's Motion to Intervene ( Dkt. # 92);

   c. Defendant Wiley E. Prentice, Jr.'s Motion to Dismiss Pursuant to F.R.Civ.P. 4(m) and 12(b)(5) (Dkt. # 104); and

   d. Plaintiffs' Motion to Lift Stay (Dkt. # 113).

The pretrial conference set for October 17, 2005 before the Magistrate Judge remains scheduled subject to the entry of an Order by the Magistrate Judge on the request to continue the same.

Defendants' Motion for Leave to File Sur-reply in Opposition to Plaintiff's Motion for Class Certification (Dkt. # 82) is GRANTED and the sur-reply filed with that motion is received.

Defendants' Motion for Oral Argument on Motion for Class Certification (Dkt. # 90) is DENIED as moot, in light of this order.

The unopposed Motion for Leave to File Sur-reply by Plaintiffs (Dkt. # 119) is GRANTED and the sur-reply filed with that motion is received.

DATED: October 12, 2005

> BY THE COURT:
>
> s/ Phillip S. Figa
> _____
> Phillip S. Figa
> United States District Judge

2