IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  03-cv-01521-PSF-PAC

LEONARD STEPHENS,
EDWARD BUHLMAN,
JIM NOFFSINGER,
GARY MCDONALD, and
BRUCE TALLMADGE, individually and on behalf of all others similarly situated,

    Plaintiff(s),

v.

WEBACCESS INTERNATIONAL, INC., a Delaware corporation authorized to transact business in the State of Colorado, its officers and directors individually,
BLAIN WHITAKER,
J. ROGER MOODY,
L. SHAWN BRESKOW,
JAMES W. STUCKERT,
ARCHIBALD J. MCGILL,
WILEY E. PRENTICE, JR.,
STEVEN A. SPESARD,
STEVEN A. LYGA,
CAROL L. LEVEQUE,
DANIEL W. BOYD, and
JAMES ROGERS, and
all others who may be additionally named as defendants individually, jointly and severally,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that defendants J.J.B. Hilliard, W.L. Lyons, Inc., Steven Anderson, and James Rogers Unopposed Motion to Permit Attendance by Telephone [filed October 24, 2005] and defendants L. Shawn Breskow, James W. Stuckert, J. Roger Moody. Archibald J. McGill, Blair Whitaker, Steven A. Spesard, Steven A. Lyga, Daniel W. Boyd, and Carol Carnie's Unopposed Motion for Leave to Appear by Telephone [filed

October 25, 2005] are **GRANTED**.  Counsel from Texas and Cleveland shall coordinate a conference call to the Court at: 303-844-4892 in order to participate in the Status/Scheduling Conference on **November 1, 2005 at 11:00 a.m.**

Defendants' counsel are advised that submitted proposed orders in .txt and .pdf format do not give the Court documents that can be easily edited.  Counsel are asked to submit proposed orders as word or word perfect attachments to email.

Dated:  October 28, 2005