IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Case No. 03-cv-01521-PSF-PAC

LEONARD STEPHENS,
EDWARD BUHLMAN,
JIM NOFFSINGER,
GARY MCDONALD, and
BRUCE TALLMADGE, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

WEBACCESS INTERNATIONAL, INC., a Delaware corporation authorized to transact business in the State of Colorado, it's officers and directors individually,
BLAIR WHITAKER,
J. ROGER MOODY,
L. SHAWN BRESKOW,
JAMES W. STUCKERT,
ARCHIBALD J. MCGILL,
WILEY E. PRENTICE, JR.,
STEVEN A. SPESARD,
STEVEN A. LYGA,
CAROL L. LEVEQUE,
DANIEL W. BOYD,
JAMES ROGERS,
J.J.B. HILLIARD,
W. L. LYONS, INC.,
STEVEN E. ANDERSON, and
all other who may be additionally named as defendants individually, jointly and severally,

    Defendants.

## ORDER GRANTING MOTION TO WITHDRAW

    This matter is before the Court on the Motion to Withdraw Appearance (Dkt. # 154) filed by the law firm of Baker & Hostetler, LLP to grant withdrawal as co-counsel.

It is hereby

ORDERED that the motion is GRANTED, and the withdrawal of John Moorhead and Cassandra Sasso is permitted. The Court notes that all defendants remain represented. Counsel are reminded that only lawyers, not law firms, may enter appearances under this Court's local rules, D.C.COLO.LCiv.R. 11.1A and 83.3B.

DATED: December 1, 2005

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge