IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Case No. 03-cv-01521-PSF-PAC

LEONARD STEPHENS,
EDWARD BUHLMAN,
JIM NOFFSINGER,
GARY MCDONALD, and
BRUCE TALLMADGE, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

WEBACCESS INTERNATIONAL, INC., a Delaware corporation authorized to transact business in the State of Colorado, it's officers and directors individually,
BLAIR WHITAKER,
J. ROGER MOODY,
L. SHAWN BRESKOW,
JAMES W. STUCKERT,
ARCHIBALD J. MCGILL,
WILEY E. PRENTICE, JR.,
STEVEN A. SPESARD,
STEVEN A. LYGA,
CAROL L. LEVEQUE,
DANIEL W. BOYD,
JAMES ROGERS,
J.J.B. HILLIARD,
W. L. LYONS, INC.,
STEVEN E. ANDERSON, and
all other who may be additionally named as defendants individually, jointly and severally,

    Defendants.

---

**ORDER GRANTING PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT, SETTING FAIRNESS HEARING, AND DIRECTING MAILING OF NOTICE**

---

    The Court, having considered the Motion to Approve Settlement of Derivative

Claims Against Certain Defendants, Approve Form and Method of Notice to

Shareholders, and Set Hearing on Fairness of Settlement (Dkt. # 165) (the "Motion") and all supporting and responsive documents on file, has concluded that the Motion is well-taken and should be granted. For the reasons set forth in the Motion, the Court grants preliminary approval to the Proposed Settlement of the Derivative Claims against the Settling Defendants as embodied in the Stipulation attached as Exhibit A to the Motion, subject to the Court's final determination regarding the fairness of the Proposed Settlement and the right of WebAccess shareholders to object and be heard within 60 days from the issuance of this Order as directed by the Court. A Fairness Hearing is hereby set for **March 27, 2006 at 9:00 a.m.** to consider any objections to the Proposed Settlement that are on file with the Court, and to determine whether the Proposed Settlement satisfies FED. R. CIV. P. 23.1 and should be granted final approval by the Court. The Court further approves the Proposed Notice attached as Exhibit B to the Motion and directs the Settling Parties to mail a copy of the Proposed Notice to each of the shareholders of WebAccess International, Inc. at the most current known address known to the Settling Parties via first class mail, return receipt requested, within five days after issuance of this Order.

DATED: January 4, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge