IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 03-cv-01521-PSF-PAC

LEONARD STEPHENS,
EDWARD BUHLMAN,
JIM NOFFSINGER,
GARY MCDONALD and
BRUCE TALLMADGE, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

WEBACCESS INTERNATIONAL, INC.,
BLAIR WHITAKER,
J. ROGER MOODY,
L. SHAWN BRESKOW,
JAMES W. STUCKERT,
ARCHIBALD J. MCGILL,
WILEY E. PRENTICE, JR.,
STEVEN A. SPESARD,
STEVEN A. LYGA,
CAROL L. LEVEQUE,
DANIEL W. BOYD,
JAMES ROGERS,
STEVEN E. ANDERSON and
JJ.B. HILLIARD, W.L. LYONS, INC.,

    Defendants.

## ORDER AND FINAL JUDGMENT

The Court has reviewed the Motion to Approve Settlement (Dkt. # 165), Motion for Final Approval of Derivative Settlement and Entry of Final Judgment (Dkt. # 172), and the Stipulation of Compromise and Settlement ("Stipulation") submitted by the Settling Parties (Ex. A to Dkt. # 165). Pursuant to the Court's prior Order granting preliminary approval of the Proposed Settlement and directing notice to shareholders,

notice was provided to shareholders by direct mail at the most current address known to the Settling Parties, and additional notice was provided through publication on January 31, 2006 of a Summary Notice on Business Wire.  The notices advised shareholders that they had a 60-day period within which to file and serve objections.  No objections were filed and served during that time.

Accordingly, after reviewing the aforementioned filings and taking into consideration the absence of any timely shareholder objections, the Court has determined, for the reasons set forth in the pleadings identified above, that the Proposed Settlement is fair and reasonable to WebAccess and its shareholders and was made in good faith.  The Court, therefore, GRANTS final approval of the Proposed Settlement pursuant to F.R.Civ.P. 23.1 and renders final judgment as provided in the Proposed Settlement.

Pursuant to F.R.Civ.P. 54(b), the Court has expressly determined that there is no just reason to delay entry of a final judgment in favor of the Settling Defendants. Accordingly, it is hereby

ORDERED that all plaintiffs' claims, both direct and derivative, asserted in the Third Amended Complaint or any other pleadings or papers in the above-captioned litigation against WebAccess International, Inc., Blair Whitaker, J. Roger Moody, L. Shawn Breskow, James W. Stuckert, Archibald J. McGill, Wiley E. Prentice, Jr., Steve A. Spesard, Steven A. Lyga, Carol L. Carnie (formerly Carol L. Leveque), and Daniel W. Boyd are hereby DISMISSED with prejudice, each party to bear his, her or its own legal fees, costs and expenses incurred during the litigation of this action.

This is a Final Judgment. All relief not expressly awarded herein is DENIED.

It is FURTHER ORDERED that the fairness hearing scheduled for March 27, 2006 is VACATED.

As the remaining claims between plaintiffs and Defendants Hilliard Lyons, Anderson and Rogers are being resolved in arbitration (*see* Dkt. # 148), the Clerk of the Court is directed to administratively close this case subject to reopening only upon a showing of good cause by an arbitrating party.

DATED: March 17, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge